**Opinion issued March 25, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-24-00874-CR

————————————

**CARLOS JAMES MURILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1664088**

---

### MEMORANDUM OPINION

Appellant Carlos James Murillo has filed a motion to dismiss the appeal.

The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R.

APP. P. 42.2(a). We have not issued a decision in the appeal. The Clerk of this Court has sent a duplicate copy of the motion to the trial court clerk. *Id.*

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

Do not publish. *See* TEX. R. APP. P. 47.2(b).